UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-174-FL-1
NO. 5:12-CR-174-FL-2

UNITED STATES OF AMERICA,       :
                                :
              v.                :     <u>ORDER TO REASSIGN</u>
                                :
DWIGHT ELEY                     :
STEVEN ANTONIO RICKS            :

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Chief Judge James C. Dever III.

SO ORDERED.

This the __4th__ day of _____June_____, 2012

_____
Louise W. Flanagan
United States District Court Judge